JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TOY VAULT, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>PEACHSTATE HOBBY DISTRIBUTION, LLC, a Delaware Limited Liability Company, and DOES 1-25, Inclusive,<br><br>Defendant. | Case No. 8:17-cv-02046-JVS-DFM<br>*Hon. James V. Selna*<br><br>**ORDER APPROVING STIPULATION RE FOR DISMISSAL WITH PREJUDICE** |
| And Related Counterclaims | |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The Court has reviewed the STIPULATION FOR DISMISSAL WITH PREJUDICE signed by attorneys for Plaintiff TOY VAULT, LLC ("Plaintiff"), Counterdefendant HUAN MIN CAO ("Mike Cao"), and Defendant and Counterclaimant PEACHSTATE HOBBY DISTRIBUTION, LLC ("PHD"), and hereby approves its terms and ORDERS as follows:

1

1. This entire action is dismissed with prejudice.

2. Each party shall bear its or his own costs, including attorney's fees.

3. The terms of the Settlement Agreement may be enforced by this Court, which shall retain jurisdiction over this action.

SO ORDERED.

DATED: July 16, 2018

_____
Hon. James V. Selna
United States District Judge

ORDER APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE